IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WEBSEED, INC., et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:24-CV-576-RP |
| DEPARTMENT OF STATE, et al., | § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Defendants Google, LLC, Meta Platforms, Inc., and X Corp.'s motions to transfer, (Dkts. 37, 38, 39). (R. & R., Dkt. 56). Plaintiffs timely filed objections to the report and recommendation. (Objs., Dkt. 58).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiffs timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiffs' objections and adopts the report and recommendation as its own order.

In their objections, Plaintiffs request leave of Court to either file an amended complaint or file a longer response brief to Defendants' motions to transfer. Plaintiffs request this relief so that they can add more details as to why Defendants' terms of service are not "the core of this lawsuit" and why they should not control the venue analysis. (*See* Objs., Dkt. 58, at 7–8, 21). The Court finds that additional pages briefing the motion to transfer are not necessary for resolution of the motion.

1

In addition, because transfer is warranted in this case, Plaintiffs' request for leave to amend their complaint is similarly denied.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 56), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants Google, LLC, Meta Platforms, Inc. and X Corp.'s motions to transfer, (Dkts. 37, 38, 39), are **GRANTED**.

**IT IS FINALLY ORDERED** that this case, in its entirety, is **TRANSFERRED** to the United States District Court for the Northern District of California.

**SIGNED** on April 1, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE