BRETT A. SHUMATE
Assistant Attorney General
Civil Division
JOSEPH E. BORSON
Assistant Branch Director
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| WEBSEED, INC., *et al.,* | Case No. 3:25-cv-03020-AMO |
| Plaintiffs, | **STIPULATION TO EXTEND BRIEFING** |
| v. | **DEADLINES FOR PLAINTIFFS' "MOTION TO** |
| | **COMPEL AG BONDI'S FEDERAL** |
| DEPARTMENT OF STATE, *et al.,* | **CENSORSHIP REPORT"** |
| Defendants. | |

STIPULATION TO EXTEND BRIEFING DEADLINES FOR PLAINTIFFS' "MOTION TO COMPEL AG BONDI'S FEDERAL CENSORSHIP REPORT"
Case No. 3:25-cv-03020-AMO

Subject to the Court's approval, the parties, through their undersigned counsel of record, hereby stipulate as follows:

1.      On March 12, 2026, Plaintiffs in the above-captioned action filed a "Motion to Compel AG Bondi's Federal Censorship Report." *See* Dkt. 139.  The response to this motion is presently due on March 26, 2026.  The same motion was filed in the related *CSOB* matter currently pending before this Court.  *See* No. 3:25-cv-07399-AMO, Dkt. 137.

2.      The Federal Defendants have requested a short extension of time to prepare their response due to pre-scheduled leave for the federal counsel in each action.  No party opposes the relief.

3.      Therefore, the parties respectfully request the following briefing schedule for the motion, which extends the Federal Defendants' response and Plaintiffs' reply deadlines by three weeks:

Non-Federal Defendants' responses by: March 26, 2026

Federal Defendants' response by: April 16, 2026

Plaintiffs' reply by: May 14, 2026

IT IS SO STIPULATED.


DATED: March 17, 2026                               Respectfully submitted,

                                                   BRETT A. SHUMATE
                                                   Assistant Attorney General
                                                   Civil Division


                                                   JOSEPH E. BORSON
                                                   Assistant Branch Director


                                                   */s/ Pardis Gheibi*

                                                   PARDIS GHEIBI (D.C. Bar No. 90004767)
                                                   Trial Attorney, U.S. Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   1100 L Street, N.W.
                                                   Washington, D.C. 20005
                                                   Tel.: (202) 305-3246
                                                   Email: pardis.gheibi@usdoj.gov
                                                   *Attorneys for Federal Defendants*

STIPULATION TO EXTEND BRIEFING DEADLINES FOR PLAINTIFFS' "MOTION TO COMPEL AG BONDI'S FEDERAL CENSORSHIP REPORT"
Case No. 3:25-cv-03020-AMO

/s/ Joshua H. Lerner
Joshua H. Lerner (SBN 220755)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001
Joshua.Lerner@wilmerhale.com

Sonal Mehta (SBN 222086)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Sonal.Mehta@wilmerhale.com

James Bor-Zale (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
James.Bor-Zale@wilmerhale.com

*Attorneys for Defendant Google LLC*

/s/ Michael P. Esser
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
michael.esser@kirkland.com

Kasdin M. Mitchell (pro hac vice)
Jordan L. Greene (pro hac vice)
KIRKLAND & ELLIS LLP
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
kasdin.mitchell@kirkland.com
jordan.greene@kirkland.com

STIPULATION TO EXTEND BRIEFING DEADLINES FOR PLAINTIFFS' "MOTION TO COMPEL AG BONDI'S FEDERAL CENSORSHIP REPORT"
Case No. 3:25-cv-03020-AMO

*Attorneys for Defendant Meta Platforms, Inc.*

/s/ Kenneth M. Trujillo-Jamison
Kenneth M. Trujillo-Jamison (SBN 280212)
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250
ktrujillo-jamison@willenken.com

*Attorney for Defendant X Corp.*

/s/ Laura Lee Prather
Laura Lee Prather (SBN #59759)
Catherine L. Robb (*pro hac vice*)
Michael J. Lambert (*pro hac vice*)
HAYNES AND BOONE, LLP
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470
laura.prather@haynesboone.com
catherine.robb@haynesboone.com
michael.lambert@haynesboone.com

Jason T. Lao (SBN 288161)
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001
jason.lao@haynesboone.com

*Attorneys for Defendant NewsGuard Technologies, Inc.*

/s/ Jeffrey L. Greyber
Jeffrey L. Greyber (*pro hac vice*)
GREYBER LAW, PLLC
8903 Glades Rd., Ste. A8 #111
Boca Raton, FL 33434
Telephone: (561) 702-7673
Facsimile: (833) 809-0137
jgreyber@greyberlaw.com

Frank F. Sommers (SBN 109012)
SOMMERS LAW PC
227 Princeton Ave.
Mill Valley, CA 94941
415-308-4004

STIPULATION TO EXTEND BRIEFING DEADLINES FOR PLAINTIFFS' "MOTION TO COMPEL AG BONDI'S FEDERAL CENSORSHIP REPORT"
Case No. 3:25-cv-03020-AMO

ffs@SommersLawPC.com

*Attorney for Plaintiffs*

STIPULATION TO EXTEND BRIEFING DEADLINES FOR PLAINTIFFS' "MOTION TO COMPEL AG BONDI'S FEDERAL CENSORSHIP REPORT"
Case No. 3:25-cv-03020-AMO

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Federal Defendants' response to the "Motion to Compel AG Bondi's Fed Censorship Report" shall be filed by April 16, 2026.  Plaintiffs' reply shall be filed by May 14, 2026.

IT IS SO ORDERED.

DATED:   3/18/2026

_____

HON. Araceli Martínez-Olguín
United States District Judge

STIPULATION TO EXTEND BRIEFING DEADLINES FOR PLAINTIFFS' "MOTION TO COMPEL AG BONDI'S FEDERAL CENSORSHIP REPORT"
Case No. 3:25-cv-03020-AMO